IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JUAN CARLOS OSCURA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00029 |
| | ) | |
| W.B. MELTON AND SHANNON HARVEY, | ) | Judge Sharp |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Juan Carlos Oscura a TDOC prisoner incarcerated at the Overton County Jail in Livingston, Tennessee filed his *pro se* complaint in this action (ECF No. 1), along with an Application to Proceed *in Forma Pauperis* (ECF No. 2). This application, however, was not accompanied by a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined," as required by 28 U.S.C. § 1915(a)(2).

Accordingly, the plaintiff is **DIRECTED** to submit to the Court a certified copy of his trust-fund account statement from each jail or prison in which he has been incarcerated during the preceding six months, in compliance with § 1915(a)(2). The plaintiff's submission must be <u>received</u> in this court within **30 days** of the date this order is entered on the docket. The submission must include on its face the docket number assigned to this case (No. 2:14-cv-00029).

The Court also notes that it is unclear from the plaintiff's filings whether his last name is spelled "Oscura" or "Oscuru," because both forms appear in his filings. The plaintiff is directed to clarify the correct spelling of his name with his next submission to the Court.

The plaintiff is forewarned that if he does not comply with this order within the time frame specified, or request an extension of the deadline before it expires, the action may be dismissed for failure to prosecute and for failure to comply with the court's order.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge