UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN CARLOS OSCURA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 2:14-cv-29 |
| v. | ) Judge Sharp |
| | ) |
| W.B. MELTON and | ) |
| SHANNON HARVEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 30), recommending that Defendants' Motion for Summary Judgment (Docket No. 25) be granted. Plaintiff Juan Oscura has filed no objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

    (1) The R & R (Docket No. 30) is hereby ACCEPTED and APPROVED;

    (2) Defendants' Motion for Summary Judgment (Docket No. 25) is GRANTED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE